GEORGE H. SMITH et al., Respondents, *v.* CORDEN T. GRAHAM, Appellant.

(Submitted April 30, 1917; decided May 8, 1917.)

MOTION for re-argument. (See 217 N. Y. 655.)

Motion granted, the re-argument to be limited to the question whether the judgment should be modified by pro-

viding in substance that nothing therein contained shall prohibit the defendant from removing the addition from the lands described in the deed of May 2, 1905, and erecting or remodeling the addition so as to make it a dwelling as defined in the deed of August 9, 1899.